# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERNESTO A. RAMIREZ, | : | |
| Plaintiff | : | No. 1:18-cv-2208 |
| | : | |
| v. | : | (Judge Rambo) |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, on this 6th day of May 2021, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT** Plaintiff's motion for a preliminary injunction (Doc. No. 44) is **DENIED**.

s/ Sylvia H. Rambo
United States District Judge
